## SUPREME COURT.

CORNELIUS POILLON and another agt. REUBEN H. CUDLIPP
*et al.*

*Extra allowance — denied in action to reach an award.*

In an action to reach an award in the hands of the comptroller of the city
of New York, for the taking mortgaged premises for the widening of
Broadway, where the whole issue was between the defendants and the
corporation, the plaintiff is not entitled to an extra allowance under
section 309 of the Code.

*N. Y. Special Term, February,* 1874.

VAN BRUNT, *J.* — This is a motion for an extra allowance
under section 309 of the Code. I do not see how the plain-
tiff brings himself within any of its provisions. The action
is not one to foreclose a mortgage, but to reach an award in
the hands of the comptroller made for the taking of the
mortgaged premises for the widening of Broadway. It was
not a difficult and extraordinary case as far as the plaintiff
was concerned, because he was either entitled to a judgment
for the interest in dispute against the defendants Cudlipp and
Scott, or against the corporation of the city of New York.
In fact the whole issue was between the defendants Cudlipp
and Scott and the corporation, and in such a case I have
decided, in the case of *Devlin* agt. *The Mayor,* that no allow-
ance can be granted.

There was no answer in the case by the corporation, and
no questions whatever were raised between the plaintiffs and
the corporation.

Motion for extra allowance must be denied.